IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | : | |
| TONY ARNEL MASSENBURG | : | Case No. 12-27073 TJC |
| Debtor | : | Chapter 7 |
| _____ | : | |
| ROGER SCHLOSSBERG, TRUSTEE | : | |
| Plaintiff | : | |
| v. | : | Adversary No. 14-00816 TJC |
| HATTIE L. MASSENBURG, et al. | : | |
| Defendant | : | |

### DEFENDANT'S NOTICE OF DISCOVERY

I hereby certify that I served a copy of the following discovery material on the attorney for the plaintiff by first class, postage prepaid, on the 28th day of October 2015.

Defendant's First Set of Interrogatories to Plaintiff

Request for Production of Documents

/s/ Eric H. Kirchman
Eric H. Kirchman
Bar No. 09002
Attorney for Defendant
15 West Montgomery Avenue, Suite 205
Rockville, Maryland 20850
(301) 762-2909

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties by the court's electronic filing system or was mailed by first class mail, postage prepaid, on this

the 28th day of October 2015, to:

Frank Mastro, Esquire
Schlossberg & Mastro
18421 Henson Boulevard, Suite 201
Hagerstown, Maryland 21742

                                                               /S/Eric H. Kirchman
                                                               Eric H. Kirchman